# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL ||||
|---|---|---|---|
| **CASE TITLE:**<br>Shapard v. Attea | **USCA DOCKET NUMBER:**<br>16-3764pr | **COUNSEL'S NAME:**<br>Cameron S. Friedman ||
| | **DISTRICT/AGENCY:**<br>WDNY | **COUNSEL'S ADDRESS:**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 ||
| | **DISTRICT/AGENCY NUMBER:**<br>08-cv-6146 | **DATE:**<br>10/26/2017 ||

Counsel for
Christopher Shapard
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Defendant-Appellees John Attea, Edwin Mendez, and Robert Kyle
and in favor of
Plaintiff-Appellant Christopher Shapard
for insertion in the mandate.

Docketing Fee — 

Costs of printing appendix (necessary copies  6  ) $972.00

Costs of printing brief (necessary copies  6  ) $39.00

Costs of printing reply brief (necessary copies  6  ) $28.80

Total $1,039.80

**(VERIFICATION HERE)**

Sworn to before me this
26 Day of October, 2017

_Naomi D. Morris_
Notary Public

Signature

NAOMI D. MORRIS
Notary Public, State of New York
Registration #02MO6361458
Qualified In New York County
Commission Expires July 10, 2021

Rev. April, 2011

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| CHRISTOPHER SHAPARD, | |
|---|---|
| Plaintiff, | 16-3764-cv |
| v. | |
| JOHN ATTEA, et al., | |
| Defendants. | |

**<u>AFFIDAVIT OF CAMERON S. FRIEDMAN</u>**

New York County )
                 ) ss.:
State of New York )

        I, Cameron S. Friedman, being duly sworn, say as follows:

        1.      I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), attorneys for Plaintiff-Appellant Christopher Shapard ("Shapard"). I submit this affidavit in support of Shapard's Verified Itemized Bill of Costs in this action.

        2.      This affidavit is based on my personal knowledge or on information and belief which I believe to be true based on my discussions with other members of my firm and records of my firm.

        3.      The appellate papers were prepared in-house at Paul, Weiss. For that reason, no printer's bill exists for these expenses. To prepare the Verified

Itemized Bill of Costs, the appropriate members of Paul, Weiss's staff were consulted to determine the costs of production.

4. On February 17, 2017, Shapard filed six paper copies of the Brief for Plaintiff-Appellant with the United States Court of Appeals for the Second Circuit, as required by Local Rule 31.1. The Brief was 45 pages long, including a table of contents and table of authorities. The cost of creating the Briefs included $0.10 to reproduce each page and $2.00 per book for tape binding. At a cost of $6.50 per Brief, the total cost for printing the necessary six copies was $39.00.

5. Also on February 17, 2017, Shapard filed six paper copies of the Special Appendix and the Joint Appendix with the Court of Appeals, as required by Local Rules 32.1(c) and 30.1(b). The Special Appendix and the Joint Appendix together were 1,480 pages long, across seven volumes. The cost of creating the Appendices included $0.10 to reproduce each page and $2.00 per book for tape binding.[1] At a cost of $162 per seven-volume set, the total cost for printing the necessary six copies was $972.

6. On June 2, 2017, Shapard filed six paper copies of the Reply Brief for Plaintiff-Appellant, as required by Local Rule 31.1. The Reply Brief was

---

[1] The Special Appendix and Joint Appendix were printed double-sided, as permitted by Local Rule 32.1(b)(3). The cost of reproducing each double-sided sheet of paper was $0.20 at $0.10 per side.

28 pages long, including a table of authorities. The cost of creating the Reply Briefs included $0.10 to reproduce each page and $2.00 per book for tape binding. At a cost of $4.80 per Reply Brief, the total cost for printing the necessary six copies was $28.80.

7. The total cost for printing the Brief, Appendices, and Reply Brief for the appeal was $1,039.80. Shapard seeks no costs for postage, delivery, service, overtime, or edits.

Dated:   October 26, 2017
         New York, New York

_____
Cameron S. Friedman

Sworn to before me this
26 Day of October, 2017
Notary Public
_____

NAOMI D. MORRIS
Notary Public, State of New York
Registration #02MO6361458
Qualified In New York County
Commission Expires July 10, 2021